**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-1198**

APRIL EDWINA SPARKS AKERS,

           Plaintiff – Appellant,

      v.

HIGHLANDS COMMUNITY SERVICES BOARD,

           Defendant – Appellee,

      and

JEFFREY FOX, Executive Director of Highlands Community
Services; WASHINGTON COUNTY, VIRGINIA; CITY OF BRISTOL,
VIRGINIA,

           Defendants.

Appeal from the United States District Court for the Western
District of Virginia, at Abingdon.   James P. Jones, District
Judge. (1:08-cv-00039-jpj-pms)

Submitted: February 9, 2011          Decided: March 18, 2011

Before MOTZ, KING, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

E. Gay Leonard, Abingdon, Virginia, for Appellant.   Henry
Keuling-Stout, KEULING-STOUT, PC, Big Stone Gap, Virginia, for
Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

April Edwina Sparks Akers appeals the district court's judgment granting Defendant's summary judgment motion on her sexual harassment, sex discrimination, and retaliation claims, brought pursuant to Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C.A. §§ 2000e to 2000e-17 (West 2003 & Supp. 2010).  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  See Akers v. Highlands Cmty. Servs. Bd., No. 1:08-cv-00039-jpj-pms (W.D. Va. Jan. 15, 2010).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED